# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2022

## NO. 03-21-00202-CV

**Karen Cernoch, Appellant**

**v.**

**Frank Cernoch, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the nunc pro tunc final decree of divorce signed by the trial court on May 16, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree. Therefore, the Court affirms the trial court's nunc pro tunc divorce decree. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.